# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159524-5(59)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LAKESHORE GROUP, CHARLES ZOLPER,
JANE UNDERWOOD, LUCIE HOYT, and
WILLIAM REININGA,
    Petitioners-Appellants,
and

KENNETH ALTMAN, DAWN SCHUMANN,
GEORGE SCHUMANN, MARJORIE
SCHUHAM, and LAKESHORE CAMPING,
    Intervenors-Appellants,

v

SC: 159524; 159525
COA: 340623; 340647
Ingham CC: 17-000176-AA

DEPARTMENT OF ENVIRONMENTAL
QUALITY and DUNE RIDGE SA, LP,
    Respondents-Appellees.
_____/

        On order of the Chief Justice, the motion of Environmental Organizations to file a brief amicus curiae is GRANTED.  The amicus brief submitted on March 20, 2020, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        March 23, 2020

                                                              Clerk